IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

AMBREA FAIRCHILD

VS.                                                    CIVIL ACTION NO. 2:13cv92-KS-MTP

ALL AMERICAN CHECK CASHING, INC.

PLAINTIFF'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | EV/ID |
|---|---|---|---|
| P-1 | Miss. Pilot Report July 2011 - July 2013 | Stipulation | EV |
| P-2 | Miss. NSF Report April 2012- June 2013 | Stipulation | EV |
| P-3 | Fairchild Personnel File | Stipulation | EV |
| P-4 | All American Check Cashing Employee Manual | Stipulation | EV |
| P-5 | Cash/Computer Usage Report | Stipulation | EV |
| P-6 | All American Check Cashing Employee Statements | Stipulation | EV |