IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

AMBREA FAIRCHILD,

    Plaintiff,

vs.                                         Civil Action No. 2:13-cv-92-KS-MTP

ALL AMERICAN CHECK CASHING, INC.,
A Mississippi Corporation,

    Defendant.

## DEFENDANT'S EXHIBITS

| | NUMBER | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|---|
| 2/17/15 | D-1 | All American Check Cashing, Inc. Manager Job Description | Stipulation | | ✓ |
| 2/17/15 | D-2 | Chart - NSF Rate Comparison | Stipulation | | ✓ |
| 4/17/15 | D-3 | May 10, 2012 Conversation Document | Stipulation | | ✓ |
| 1/17/15 | D-4 | July 16, 2012 Performance Discussion Record | Stipulation | | ✓ |
| 4/17/15 | D-5 | August 20, 2012 Performance Discussion Record | Stipulation | | ✓ |
| 2/17/15 | D-6 | September 10, 2012 Conversation Document | Stipulation | | ✓ |
| 4/17/15 | D-7 | September 11, 2012 Performance Discussion Record Re: New Goal | Stipulation | | ✓ |

| | NUMBER | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|---|
| 2/17/15 | D-8 | September 11, 2012 Performance Discussion Record Re: Delinquency | Stipulation | | ✓ |
| 2/17/15 | D-9 | September 11, 2012 Conversation Document | Stipulation | | ✓ |
| 2/17/15 | D-10 | December 18, 2012 Conversation Document | Stipulation | | ✓ |
| 2/17/15 | D-11 | Chart – Overtime and Overpayment | Stipulation | | ✓ |
| | D-12 | Timeclock Report for 12/11/11 – 12/16/11 | A. Fairchild | | ✓ |
| | D-13 | Timeclock Report for 12/19-11 – 12/23/11 | A. Fairchild | | ✓ |
| | D-14 | Timeclock Report for 1/2/12 – 1/6/12 | A. Fairchild | | ✓ |
| | D-15 | Timeclock Report for 1/16/12 – 1/20/12 | A. Fairchild | | ✓ |
| | D-16 | Timeclock Report for 1/29/12 – 2/4/12 | A. Fairchild | | ✓ |
| | D-17 | Timeclock Report for 2/12/12 – 2/18/12 | A. Fairchild | | ✓ |
| | D-18 | Timeclock Report for 2/26/12 – 3/3/12 | A. Fairchild | | ✓ |
| | D-19 | Timeclock Report for 3/11 – 3/17/12 + 3/18/12-3/24/12 | A. Fairchild | | ✓ |
| | D-20 | Timeclock Report for 4/1/12 – 4/7/12 + 3/25/12 – 3/31/12 | A. Fairchild | | ✓ |
| | D-21 | Timeclock Report for 4/8/12 – 4/14/12 | A. Fairchild | | ✓ |
| | D-22 | Amended D-5 exhibit | A. Fairchild | | ✓ |
| | D-23 | Notice of Right to Sue 2 | A. Fairchild | | ✓ |
| | D-24 | Photo of Plaintiff | A. Fairchild | | ✓ |

| | NUMBER | DESCRIPTION | SPONSOR | ID | EV |
|---|---|---|---|---|---|
| 2/18/15 | D-25 | Conversation of Feb. 7, 2013 on Plaintiff's Facebook | | | ✓ |
| 2/18/15 | D-26 | Plaintiff's average daily bank balance | | | ✓ |